**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **DEBBIE ANN BOLTON, surviving child of Decedent, Ruth Clara Summers,** | |
| *Plaintiff,* | Civil Action No. 3:20-cv-00683 |
| *v.* | **CHIEF JUDGE CRENSHAW** |
| **GALLATIN CENTER FOR REHABILITATION & HEALING, LLC,** | **MAGISTRATE JUDGE HOLMES** |
| *Defendant.* | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for the United States of America.

                Respectfully submitted,

                DONALD Q. COCHRAN
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF TENNESSEE

                s/ Mark H. Wildasin
                MARK H. WILDASIN (B.P.R. #015082)
                Assistant United States Attorney
                110 Ninth Avenue South, Suite A-961
                Nashville, TN  37203-3870
                Telephone: (615) 736-5151
                Email: mark.wildasin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice was filed on January 19, 2021 with the Court's Electronic Case Filing System (CM/ECF), and service was made upon all persons registered in this case, including:

Clinton L. Kelly                   Howard Hayden
F. Dulin Kelly                     Minton P. Mayer
The Kelly Firm                     Quintairos, Prieto, Wood & Boyer, P.A.
629 E. Main Street                 424 Church Street
Hendersonville, TN 37075           Nashville, TN 37219
Email:  clint@kellyfirm.net        Email:  howard.hayden@qpwblaw.com
Email:  dulin@kellyfirm.net        Email:  minton.mayer@qpwblaw.com


s/ Mark H. Wildasin
MARK H. WILDASIN
Assistant United States Attorney